IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| MARIA PERDOMO,<br>　Plaintiff<br><br>VS.<br><br>HOME DEPOT U.S.A., INC.,<br>　Defendant. | §<br>§<br>§　CIVIL ACTION NO. 9:22-CV-00006<br>§　JUDGE MICHAEL J. TRUNCALE<br>§<br>§<br>§ |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal. [Dkt. 26]. The Parties are seeking a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). To the extent that the Parties' dismissal is not yet in effect, the above-styled case is dismissed with prejudice.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 5th day of January, 2023.**

Michael J. Truncale
United States District Judge